# Exhibit B

**FILED**

**JAN 20 2021**

CIRCUIT CLERK
ST. CHARLES CO.

Clayton Silva

1135 Boschert Drive

St. Charles, MO 63304

636-627-1602

St. Charles County Court

Clayton silva,

Plaintiff,

vs.

US ARMY

US NAVY,

US AIR FORCE,

Central Intelligencae Agency,

National Security Agency,

NorthstarRX LLC Pharmaceuticals,

Perrigo Co. Inc,

Defendants

2111-CC 00055

Div. 4

 The plaintiff, Clayton Silva, files his motion to go to court. Below is a description of the case as I was told by the court clerk that only one form was needed in addition to the form listing the address of the plaintiff and defendants. Before reading this I will say that I am a medical student and hold a bachelor's degree in mathematics. I was also a licensed part time personal trainer who familiarized myself with hormones, anabolics, anti estrogenic anti cancer drugs, psychiatric drugs to prove that they are faked too, insulin, as well as research

drugs like DIHEXA and ostarine all of which have I am suing for in addition to probably the worst wireless torture campaign carried out by the US government with probable participation by foreign governments. I am suing Perrigo and NorthstarRx LLC Pharmaeuticals (with their drug produced by Aurobindo Pharma who I also have found out has produced fake drugs I have filled in the past but am not also suing) for nothing more than good drugs that pass purity and dosage tests as I have proof their amphetamine and testosterone currently does not. I am also suing the CIA, US NAVY, NSA, US ARMY, and US AIR FORCE. I am suing the US Army, US NAVY, and US AIR FORCE for not allowing me a waiver to pass the duck walk at the MEPS examination center in downtown St. Louis or in Redding, California where I have also applied. Instead, they insisted I get tortured wirelessly for 4-5 years from 2016-2021 and previously for 12-14 years with constant chronic fatigue and dizziness since age 17 that overlapped some into the last several years. I was told I was a medical experiment by the CIA/US Military and want to ensure my fate is that I do not remain one. I would like the US ARMY to extend me an offer to join them after I complete medical school even if I do not officially win this lawsuit. I would also like to them in some capacity to assist these drug companies in producing legitimate amphetamine and testosterone for me. That is what I am suing for. I am also suing for $100,000 to cover my medical school expenses for the us military and CIA making me a torture project and medical experiment. Collectively I am hoping one party will be responsible for this at least between all of the above, most likely the government. I will alternatively accept a pre-advance of the sign on bonus to the US ARMY of 80,000$ for a contract to join the US military after medical school in four years. $80,000 is offered to every army doctor applicant upon joining after medical school but I am requesting this early if I am to win this lawsuit if they do not think they owe me $100,000 for all of my suffering which has been more than any human on the planet most likely. I am suing the US Navy in particular for blacklisting me from MEPS after applying to the reserve and the active duty. I was lead on for months at a time in each of these organizations multiple times that I would get in and then either denied for no reason, or in the case of the Air Force and US Army denied due to torture in the MEPS of my legs with remote electrocution which disabled me from completing the duck walk. There should be a waiver for not passing the duck walk according to both the Los Angeles MEPS and the St. Louis MEPS though after trying out at MEPS and failing the duck walk and being told

there was a waiver I was denied. I was told to apply in California instead where I might get in and fled due to wireless torture multiple times. I was then denied in every branch in California multiple times. I was then told that if I returned to St. Louis I could attend MEPS a second time with the Air Force and apply for my waiver. Upon returning to St. Louis I was told simply by M. Armstrong at the Air Force Active Duty Office on Mid Rivers Mall Drive that the Air Force didn't want me. This circle jerk was so detailed that I even had a date to return to MEPS with the Air Force. I believe I attended MEPS again with the US ARMY after they were faking my weight on digital scales to read I was 240-260 lbs. To my knowledge I only weighed 200-210 lbs, having been a licensed personal trainer and medical school student with a math degree and being very aware of my weight. I opened an investigation with the US Army Inspector General who took the case at the time of my last lawsuit which was dropped (though the lawsuit against the drug companies was honored until I dropped them to expedite the process). I now realize I must sue the drug companies in order for anything to stick because the US military and CIA think they are above every law. Once you understand that six million Jews were killed in World War 2 and I myself am a converted jew you realize that any of this is still possible. They have brought the warfare to my home, isolated me from friends, sabotaged relationships, and tortured me for a decade and a half. Prior to being tortured for a decade and a half I had anxiety, depression and constant sickness since age 5, all of which I am now aware is induced wirelessly via interaction with radio waves and nanotechnology. The military has faked my weight on scales to say I was 30-50 lbs heavier than what I was so that I could not join in addition to denying me an opportunity for a waiver because I was remotely tasered on the knee caps when attempting to duck walk. They also denied me for no listed reason most of the time even one time stating that I should try to apply again because I was applying in the wrong "fiscal year" and just that "big army" denied me. The tacit compliance of the NSA in allowing torture programs to continue and drugs to be faked must be addressed, hence why they are also being sued. The extent of their involvement is unknown unlike the rest of these defendants but the fact that they are basically doing nothing to protect our rights must be addressed since they have the capacity to stop torture programs and drug faking. I am not suing the FBI because they do practically nothing.

I decided to sue all parties because the military and CIA remotely wirelessly neuter me without injectable testosterone. I took real injectable testosterone for around eight years. The army and CIA even went so far as to fake all my hormone lab tests multiple times, showing that I had low hormone levels then high hormone levels then low hormone levels just days to weeks apart on various hormone tests. They mind controlled my mother to try to take guardianship of me and make me drop out of medical school last semester in 2020 because arbitrarily she decided she wanted to lock me in an insane asylum for over 20 days based upon government death threats she made up along with her friend. People with teardrops tattooed on their eyes (admitting to have killing people) were locked in rooms with me and let out just days after being admitted and the only thing that was mind controlled into my mouth was that radio waves could interact with a brain wave and that locked me into that insane asylum for 20 days. Through the last five years of constant wireless torture I have been to the emergency room and hospital over 20-30 times without ever having a true diagnosis other than that at times it must be in my head. The torturers were so vile that they even made me grab my private parts for multiple hours straight as they squeezed them and shocked them remotely. I have been remotely made to have 60/40 blood pressure for years straight with this happening years prior to while being remotely asphyxiated for what I am told to be world records while porn videos of my ex girlfriend were put over my eyeballs while being remotely electrocuted nonstop for over 9 months of this (with everything else occurring for years), while back muscles were twisted often to the point of throwing up, while I was made hypothermic, while I was often forced to walk lightheaded and tired by remotely cranking up anxiety in me, while I was denied any opportunity to try to work obviously or go to school, while my leg muscles were often triggered to vibrate or flex along with other muscles. After trying to kill myself everyday due to torture for years but being unable to due to any and all drugs being fake I tried to escape to be homeless on the beach of Florida. I made it four hours or so outside of Missouri before my blood pressure was dropped to the floor completely until I turned around in the middle of the night. I was sometimes kept up for seven days at a time without drugs while being tortured and forced to walk often over ten miles a day in extreme heat or cold. I am not a recreational drug user. I am also

suing the CIA and Military because it is their job to protect citizens from fake drugs and wireless torture. This is why the president has an electromagnet squad around him. It is literally called that. I have during this time been involuntarily and voluntarily committed to almost every psychiatric hospital and emergency care unit for what the military and CIA simulated as total hormone deficiencies of every hormone replaceable but insulin for over 15 years. They were so hell bent on doing this that they dropped my weight to 130 lbs, not allowing me to barely eat for a year and a half over ten years ago where I was so bedridden the entire time that I was unable to often get up to urinate. They revived that torture to often seize all my muscles and twist them in bed for days at a time while for years I had to ask permission to have the free will ability to get up to use the bathroom or even move. Ultimately they turned on the robotics to maximum for years where they would make me stumble around in my grandmother's basement for years running into walls with no blood pressure while being tortured, talking to the electrical computer that started tingling my fingers in response to virtual reality artificial intelligence questions that I have verified with two army personnel is a legitimate means of communication along with all of this information on mind control and wireless torture. To quote one army personnel, "yes they have been wirelessly torturing people since 1942." To his credit he was not allowed to tell me much information unlike the other former Iraq soldier. The torture goes back much further as they were giving people walking diseases that forced them to walk miles on end before this along with wirelessly radiating people to produce cancer and putting fluoride in the water which should only be applied topically in tooth paste to cause coronary artery disease which was proven to occur in chickens.

Recently these drugs fail dosage tests which reveal the drugs contain next to no active ingredient (testosterone and amphetamine). NorthstarRX Pharmaceuticals produces 20mg amphetamine pills filled at Walmart off Jungerman Rd in St. Charles, MO. Perrigo produces testosterone cypionate 200mg/ml which is filled at the Wolfrum Rd Walgreens in St. Charles, MO. In all fairness, neither of these companies are the first offenders selling fake drugs on the market. I have been filling fake testosterone from various pharmacies for several years. Testosterone obtained through non pharmacy means is also as of several years ago fake as per steroid testing. I have had videos on my phone of

testing my testosterone prescriptions deleted. My weight when weighed on an analog or digital scale now reads 260+lbs. I could not weigh over 230 lbs even on testosterone and I have not had it in years. I am not bigger than I was then. This could mean that gravity is being teleported onto scales and or digital ones are being hacked to say that I weigh too much. There is a history here. I applied to the military many times across the reserves and active duty of every branch. I was denied in these branches and simultaneously remotely tortured. I sued in Shasta County Court in California where my case was elevated to the federal level and then dismissed with no reasoning. My complaints included drugs being faked, me being denied in the military 16 times with no offer of a waiver from anyone despite the local MEPS or military examination center saying I was eligible for a waiver due to a car wreck I sustained a broken leg in that prevented me from crawling on my tippy toes which was accompanied by remote electronic torture of my knees. They were shocked while in examination so that I could not perform the exercise. I was attempting to escape wireless torture that went on many years 24/7. The CIA and FBI refused to call me back over any complaints and the military refused to investigate further my complaint that I was being denied a waiver into any branch of the military. The Navy blacklisted me from applying after telling me to apply in another state, for no reason, an action which is illegal without reasoning. The military and CIA have demonstrated to me teleportation, teleporting anabolic steroids into my house that are fake. The ones I ordered off the internet were also fake from sources that have previously produced good ones. I ordered these beause my prescription testosterone was fake. I used to bench press 450 lbs and now cannot do 200 lbs. I have apparently gained 65 lbs of fat in less than a year without testosterone according to scales I think could be manipulated to go along with the narrative of me as having fake drugs.

The military has demonstrated that they want their cake and to eat it too. They want to make me remotely tired in medical school class to the point of needing to lay down during our classes, for reasons apparently assoiated with faking my drugs. It is my hypothesis that my mail is either being tampered with, the drugs are being tampered with before being sent to the pharmacies, and or the testosterone molecules are being teleported out of the vial before they reach me or as they do. They demonstrated this technique by teleporting all of the sugar

out of my soda and the carbonation out of my beer several times before in between wirelessly torturing me.

   I attempted suing the CIA and US ARMY (I should have included the Navy) along with drug companies in Califirnia. Pfizer, who gave me fake testosterone and other drugs demanded the suit be dropped and they were denied this objection to the lawsuit. Being forced to walk over ten miles a day in 100 degree heat due to the amplification of anxiety in my body led me to expedite my lawsuit to drop the pharmaceutical companies I was suing and instead just sue the CIA and military who clearly are the brains of faking these drugs. That caused the lawsuit to get denied. I now am just suing two drug companies instead of six, hoping to set an example for drug companies to stop faking drugs for people and for the military/CIA to stop teleporting testosterone. I have relatives and friends taking and supplying testosterone who all have good testosterone but by the time it gets to me, be it by pharmacy or mail, it is bad. I have received over 50 vials of fake testosterone and other steroids over the past three to four years, mostly from pharmacies. I am a medical student with a degree in mathematics. When taking 60mg of amphetamine there is literally no response. I used to take 70 mg of vyanse and 40mg of instant release amphetamine at a time (as of over 4 years ago) as well as desoxyn and experience effects of increase concentration. This is how I completed my math degree and pre med credits at the same time. It is my belief that the CIA and military are simulating drug responses with radio frequencies to interact with nanotechnology in humans to simulate the effects of drugs, thereby denying us of the right to health improving drugs. There is a list of other drugs I believe to be fake as well that I have taken over 90 of at once to prove they are fake and nothing happened. These two companies are not the only offenders. I know that the problem extends beyond me because my ex Marine and Peace Corps engineer in California took a whole bottle of prescription opiates and felt nothing as well. They do not relieve any pain for him. I took my mother's antidepressants and anti anxiety meds to see if they affected me and they also did not. I performed nuclear magnetic resonance machine calculations of the density of the active ingredients in multiple drugs and proved that most of them were fake. I have conveniently lost those machine printouts I was assisted with by professors at UMSL using their NMR machine in testing some of these drugs. My detailed experience with torture technology has shown me voice to skull

radiotechnology claiming to be from the US military and CIA, teleportation, geolocation spoofing, pairing and interfacing of artificial intelligence psychosomatic communication, and the faking of drugs and hacking of chemistry machines which measure ingredients in drugs in addition to the hacking of weight scales.

I was instructed by government to file this lawsuit to stand up for the rights of everyone as the evidence that at least the amphetamine and testosterone is being faked is there. I am redacting the other drugs I tested with machines or physically as being fake because I do not want to be retaliated on by made tired or to have remote low blood pressure in response to my ostensible "need" for those drugs as I have figured that my life has been some sort of sick narrative I am just regaining control over after being basically locked in a basement for four to five years and constantly tortured with a setting of having every drug faked. It is my request that these two companies fulfil their responsibility to provide me with legitimate drugs and or that the CIA and military cease interfering in the drug supply chain be it after or before arriving at the pharmacy so that I can have access to real medicine.

Let it be known that I did not want to file this lawsuit but the military and CIA enjoy remotely neutering me and making me instantly tired when attempting to work out without testosterone in the gym and insisted that I file this lawsuit. I hope that this is not purely for the means of extending a torture campaign against myself which has more than run its course of any sane person having any will to further watch me through any means. I do not want to give the military and CIA more reason to harass me as they love to do with individuals such as myself who have been targeted from a young age.      Unfortunately I am presently in a position where I am unable to study for adequate amounts of time due to remote virtualized applied fatigue that comes and goes. I am able to attend class all day with mostly no problems. The only response from the military and CIA is to file another lawsuit. I wish I would not have dropped the pharmaceutical defendants in my last lawsuit which was dropped as I do not have much time to be playing games with the government. If you would like to drop this case, I would almost appreciate it, because I know that the US military and CIA is using it to prolong a

campaign of terror against me in the form of ruining family relationships via mind control and sabotaging academic progress I have earned more than probably anyone else on the planet after all of this. Thank you for your time. I am not the only one complaining about drugs having no effect. There are many complaints online about Adderall not working along with other drugs, specifically Northstar PharmaceuticalsRX LLC's amphetamine not working. If you look at the opiate crisis it is clear that it was a hostile takeover of what was left of the drug companies as they were all sued by most of the states while tech executives were installed in their leadership. No longer in this country do we value integrity, honesty, or anything else. Lastly, the favorite task of the military and CIA is to make me too tired to brush my teeth. I therefore have cavities in all of my teeth and they enjoy at times giving me extreme gum pain mostly. I do not have the money to replace my teeth as I am saving it all for medical school. But that shows you how much they control my every daily task. I can sit through eight hours of medical school learning a day most days but cannot have the energy or ability to brush my teeth due to their reassociating negative feelings of brushing my teeth in my head and denying me any energy to do so. I calculated that I had applied to the armed forced over 16 times, the CIA two to four times, and the FBI once. I received no call back from any of them. My internet connection is often faked to show I am in an Iraqi hospital, gun stores, a moving floating object/boat, Switzerland, google, other states, or anything but my current location. For several years while getting tortured the GPS location rerouting was so bad that my GPS would not even recognize where I am, instead saying I was on Twill Lane near Cottleville where I live. I later found out through communication with the US military/CIA and by being mind controlled to cross the paths of these people that they were/are using doubles of me who look identical, live next to my mother's and grandmother's houses, possibly to reroute all GPS coordinates to, showing that I was not being tortured, or torturing them as well to maximize the amount of intelligence personnel to have contributed to torturing me in an attempt to permanently indebt them to the US military and CIA, or conquer them as foreign militaries and intelligence agencies. I have personally talked to Asian neuroscientists in my head for example as well as Americans using sophisticated artificial intelligence to mimic the perspective of a foreign intelligence personnel. The voice to skull technology along with mind control is over 150 years old as Nikola Tesla, the inventor of alternating current wrote about beaming thoughts into people's head,

wireless energy, etc. and spoke over five languages which is not humanly possible for organic humans to do. To add to all of this, my ex girlfriend, who happened to have a father from Iraq, was mind controlled to sue me in court after wanting 100$ for a fence post they randomly almost in a scripted way tackled me through after knocking on their door one time for thousands of dollars when their insurance company didn't cover his shoulder scan he fell on while tackling me which later turned out to be fine. He was then in a motorcycle wreck and couldn't show up for court but her mother and brothers did who choked me and kicked me in the face for no reason before spontaneously stopping. My controlling mother never told me they texted her that they just wanted 100$ so we had to pay them money in court thousands of dollars after that. My ex girlfriend then became a cop and was shot. She survived luckily. I paid all of her bills with the proceeds from my car accident for the year we were together that popped the bone out of my leg while driving my mother's Mercedes for one day while my car was being worked on. All of this has been orchestrated with the more than tacit approval of the US military and CIA. At this point I am allowed to attend medical school wirelessly due to COVID but still am not allowed to work out, have sex (they retract my testicles wirelessly), join the military, interact with friends, brush my teeth much, have the energy to read or study as much as I want (and read not at all items of personal interest), or work. If you would like to drop the case against the CIA and military because all judges are undercover who get assigned to me most likely, I will understand that and sue the drug companies for the drugs I have proof of which are fake. It was necessary to write some context to this situation so one can see this as something more than just a lunatic writing a sob story about being rejected by the military. I was given no reason for my last court case in California to be dropped and I have been instructed to file this suit, in addition to wanting the CIA/Military to stop adulterating my testosterone so that I can lead a normal life and feel more happy and free. The military and CIA are so sick that they even mind controlled my Aunt Ruth, who just happens to have an Asian PHD in music in the family (my life went even more dramatically downhill when he entered the family despite how nice he is), to say that she would pay 85,000$ for my entire medical education in the Caribbean. She then backed out, saying that she could only pay $8400. So I am forced to complete an online master's degree while doing my medical school just to pay for most of it via the student loans I get for the master's degree if they let me study enough to do this.

I am tired of being a slave and it is the military's responsibility to protect the integrity of my drugs and body which they have gone out of their way to fail to do most of my life. I do not know whether to thank the navy or insult them for blacklisting me from applying to them after applying to them several times (between active duty and the reserves in two separate states) but am confident that I am one of the only people to have been blacklisted from every MEPS (examination unit) to the US NAVY. They gave a litany of excuses of why they did not want me in after not telling any of these militaries about my history of hormone deficiencies because they now tested normal (aside from testosterone). If I were to have the most hatred of any of these groups it would be for the US ARMY AND CIA because they I believe are instructing these companies or hacking their machines to produce fake drugs and then teleporting the testosterone after it gets to the pharmacy out of the oil it is suspended in so that my tests reveal there is little to no testosterone left in the vial when I get it. The US ARMY and the CIA have the personnel to do this unlike the rest of the military. Some may say I made a deal with the devil to sell my life for some reward. I never did that. They would do such things as have the military email me that they wanted me multiple times, send me dreams telling me to join the military, send me communications telling me to join the military, etc. Of course I was willing to try to join even without that because I was getting tortured so much. The sickest part of this to me has been the overt mind control of my family to make none of them believe in any of the military technology that has been used on me along with mind controlling the doctors to believe that their fake psychiatric drugs which I was forcefully inoculated with many times directly from "drug companies" with my name on them could somehow fix torture. In every case it was my mother who was used against me because she said it made her "feel better inside" when she locked me in insane asylums and forced inoculations on me in response to me for example walking all day and night. I can clearly tell you that all psychiatric drugs are now fake. I have only taken them for several years by force because my family was forcing me to be kicked out on the street if I didn't take them because I always complained of torture until my mother tried to become my guardian which was dropped several months after and I stopped getting these unwanted injections which the military and CIA told me could have possibly contained something other than saline. That I have no proof of though. The military used to take pictures from the air of me and my girlfriend having sex for example years

ago and upload them to my icloud server. I know they have this capability among just about anything else imagineable. While being tortured I had three bank accounts raided and closed due to them overdrawing them thousands of dollars in random undescriptive transactions that put me in the CHEX system. My mother forcefully took me to the MAYO clinic where I passed a psychiatric and hormone evaluation but they billed me $30,000 for it in addition to one psychiatric stay that billed me around $15,000 which also went on my credit. If it weren't for these charges I would be able to complete my med school without doing a dual degree. I am not afraid of being called crazy, because it is a compliment compared to whatever new age robotics is being demoed on US hospitals and drug company personnel, all of which are either CIA or mentally handicapped apparently.  I have witnessed spectrophotometers and NMR machines showing my drugs were fake at UMSL and other places in addition to them being manipulated to show one or two other fake drugs were real. If no one does anything about this, even the testosterone will soon be fake for everyone which I think is up next to be faked as often the military would give me unwanted erections while torturing me. They also planted kid porn on my computers before hitting me with a car that pulled out in front of me and totaling the Mercedes I was driving. During this time as well as before and after they made me a virtual enemy of the state by frying around fifteen computers, nearly five routers they would flash the software of so that it would not resemble the original software of, multiple cell phones in addition to calling in and impersonating me to T Mobile, Sprint, and Verizon and or hacking my phones to seal my PIN and clone my phone. It is my goal to reverse the trend that the government may be pursing of considering it an offense to fight for anyone's rights as they are being stripped in the form of overt mind control and faking of our drugs. It is a sad day in the nation when the president cannot even order a protest without its participants being hunted down like terrorists and arrested for simply showing their faces in the capital with thousands of people or that a supposed virus has killed 3 million people that has killed virtually no one in its alleged country of origin that is four times as population dense and less than half the size of. This injustice is being perpetuated by secrecy laws that are not benefitting humankind and one of those secrets from at least the public is the faking of their drugs. You do not have to look far online to see people having all kinds of random side effects of no effects from drugs, particularly prescription amphetamine. It is no different than the censorship of the holocaust when

accounting for the grand suffering which according to a Microsoft patent can be monetized similarly to a bit coin mining algorithm based upon a social credit score based upon someone's thoughts or insurrection against the government. It is disturbing to witness people demand I wear a mask when my septum is so deviated I cannot breathe through them but they still insist it cover my nose, even if only to wear them for fifteen feet when walking into a gym by requirement of personnel. This is the new robotics being perpetrated on people and it is my fear that if anyone suffers half as much as I have over my lifetime that it will be because of what the military and CIA put me through. One last hell I seek to avoid with this lawsuit is being told one thing by the artificial intelligence or someone and then it wildly oscillating to be so or not so simply to prove I am "not undercover military" or not a guided missile on this planet.  I would like the US ARMY to extend me an offer to join them after I complete medical school even if I do not officially win this lawsuit. I would also like to them in some capacity to assist these drug companies in producing legitimate amphetamine and testosterone for me. That is what I am suing for. We must ask why Donald Trump would want to allow one last hurrah for freedom with a final protest of people's rights and a doctor to speak up at that protest in front of the crowd stating that the vaccines could be laced with nanotechnology and will definitely negatively modify the DNA of its recipients. Perhaps there is veracity to my claims. Somewhere around 2010 I was tackled by campus police not clearly identifying themselves or reading my Miranda rights for not using my school ID at the gym and peppersprayed with around 3 cans of pepper spray despite being non violent in front of much of the student body. I was arrested after they obtained a false confession from me without giving me the right to an attorney or reading me Miranda rights. This took place at Missouri State University at Columbia where I was studying chemical engineering. I was then banned from the campus gym and forced to pay thousands of dollars for an attorney under a "trespassing" charge. After this, my police friend showed me that my profile in his system showed that I was marked "dangerous". I attempted to try out to become a cop and was told I failed the situp test despite being able to bench press over 400 lbs at the time. I did not indeed fail the situp test and scored I believe one of the highest in the class. Several times cops have showed up at my house in California and Missouri claiming that my psychiatrist called them. My psychiatrist does not even have an accurate address for me so there is no way my psychiatrist called them as he/she

denied it and I hadn't even had talked to them. Perhaps someone was attempting to help me by doing this though I am unsure. I believe psychiatry is a fraud, especially with fake drugs, and was only forced to see one for several years in get monthly injections of fake psychiatric drugs to placate my mother who said I must move out if I did not go, seeing as she had no idea what was causing my torture. She had witnessed me screaming many times in pain and could only think my brain was rebelling against itself, which is a doctrine taught to every psychiatrist which they in turn teach to patients which in turn enables the government to torture people.

I am sure you, the judge, are going to do whatever the military tells you to do are err on the side of my insanity so that you can absolve yourself of any responsibility of changing the planet but do not fear the military for they are the ones forcing me to file this lawsuit. I would love to file it but I probably will be in the Caribbean if this is not expedited as my medical school is no longer virtual probably next semester or the one after so I urge you to act expediently when setting court dates or I probably won't be able to make them. Every penny I save is used for medical school and not for an attorney as most will not take the case or admit any of this exists to a layperson if they are in the know. It would be refreshing to see that the military take an active role in helping society and protecting people instead of harming them, but if that is not the mission of this then I assume you will do whatever you're told and the world will continue to rot. At the very least the drug companies can be held accountable for fake drugs, particularly the amphetamine which I know they are producing with no active ingredients from manufacturing plant to pharmacy. The testosterone may need the assistance the military to resolve as they are somehow involved (or the CIA) in faking it if this whole thing of drug faking isn't so taken for granted that the pharmaceutical companies don't automatically do it, which they clearly do. But if more people are to be burned and tortured on the cross I have been during much of my life I guess the military and CIA and you will do absolutely nothing about this, even if expressed in something less abstract and more concrete in something such as faking of our drugs. It is my primary goal above anything to remove any impedance the CIA military, or foreign agencies have from speaking in full depth about what I have been put through so that hopefully it does not happen to

anyone else. If they do plan on doing it to someone else I doubt they would do it to the degree they have done to me. In that class my next goal would be to reverse the trend of faking our drugs because that inadvertently leads to torture of people as the drugs don't work or side effects are simulated. The whole world will turn into a concentration camp if nothing is done or worse. I fantasized about being at Auschwitz in the 40s for much of my time being tortured because at least there someone could put me out of my misery. You can't overdose on fake drugs and the cutter guard is robotically turned on so there is no way out. At least in Auschwitz they weren't alone and mentally and physically torture to the brink of suicide 24/7 for years straight after a lifetime of degrees of it all while being told they were crazy by everyone around them and denied a way out by the only people that could save them, the government. It is also constantly in my mind why people would not sue for hiding technologies like immortality, dopamine neuron regrowth through drugs like DIHEXA I once attempted to synthesize, space colonization through teleportation, etc. Someone must sue for the hiding of these technologies which is keeping us as relegated to the jobs of farm animals ready for slaughter while the elite have access to these technologies. If it was in the scope of this court case I would also be suing for hiding these technologies. It is my belief that my synthesis of dihexa was also sabotaged chemically or via teleportation by the government as I contracted with an overseas company to produce it over six years ago. The drug is known to also almost instantly heal wounds and would transform the medical industry. Shortly after I started a group buy for the DIHEXA and received what I thought to be DIHEXA and no one died, a venture capital funding was secured for it but I am not sure if it ever went through to development. Instead of the fatalistic view of humanity as farm animals on railroad tracks to slaughter I would request we prove that the legal system is not defunct and at the very least hold a drug company accountable if everything the government has done to enable and participate in the most heinous evil probably perpetrated on one human in history is completely overlooked. I also don't actively seek to spread this information to people. Most people will just call me crazy. I am hoping that this judge does not take the easy way out and say because you tried to save people's lives and synthesize a life saving drug and stand up for people's rights to at the very least real drugs that I am crazy. If that makes me crazy, please call me crazy. If doing what is right and talking about the evils the government does makes someone a criminal, let the

criminals unite so that the lazy, rich, and powerful can rule by something other than fear and destruction. It is my belief that they are indoctrinated with bad philosophy. Science was circumvented to show that black people had inferior skull sizes or shapes. Science was warped to show that Jews were inferior. Now science is being warped in the case of robotics to make everyone inferior and lacking free will so that their agenda can go forward of total world enslavement and fake drugs is just one of the means to that. It serves to get people in government not to protest, not to talk about the problems, because they are so widespread. I refuse to believe that it is humanity's destiny that blacks and Jews be labeled inferior, and now the rest of us be segregated into a different species practically, incapable of being helped, and indoctrinated and programmed to live a tortured life before being slaughtered like at a meat packing plant. So to whoever is reading this, if you think Martin Luther King was a traitor, I hope you express your true colors out loud so that the world can have a special place for you amongst the nastiest of people somewhere where you can't leach the time and effort of the rest of humanity. I never bought into the religious principle that we were all given original sin and that we are all guilty and not entitled to our happiness. There is no right or wrong in that world and I implore you judge to be one beacon of light in a very dark world full of ostensible hatred for human potential. If I am the last voice that all humans should be entitled to the right to achieve something and that some utopia on some foreign planet is not the answer where this one is to be treated like dog excrement so be it. It is my hope instead that I be a voice for everyone who sees space colonization via teleportation as a right for everyone as the universe is infinite and life is not a zero sum game. Unfortunately there are groups of military and dictators still alive from previous regimes who made their power off of enslavement and murder that continue to believe that that is the only way of existence for the masses. Technology is advanced enough that they could live on their own planet with all of their real actual robot slaves and not need to destroy the lives of everyone else. The fate of the drug industry is the fate of this planet. In a world where everyone is guaranteed access to immortality and have real robot servants so that they could do what they enjoyed there would be no need for faking drugs, torturing people, or a hierarchal chain of command ran by fear and nepotism. If you are a drug company reading this I suggest you forward this to your head attorney who is privy to the clandestine activities of your company and has a relationship with the government and possibly basic

knowledge of its clandestine technologies so that this lawsuit can be seen as one of unification and not division. The government has made it very clear that next to no one is getting fired over torturing me as it has occurred for record amounts and they go out of there way to prove that that is the case so hopefully the military. Pharmaceutical industry, and CIA can unite to prove that America is a place where ideals can be sought after and not one of a bunch of herded farm animals waiting for their slow demise. At least farm animals are slaughtered quickly. I would like to propose that all military and CIA and government be allowed to discuss this paper, my torture history, and the implications of reversing this trend of faking our drugs at the very least and that by choosing the choice to give us all an opportunity to make our own moral decisions instead of being treated like blind automatons, with real drugs, that they are not jeopardizing their own job, future, mortality, family, or etc. One of the favorite things of the military and government to do is target family members with diseases of dissenters. I ask that anyone that is targeted for choosing the side of good be able to make a list of everyone who is not for making our drugs legitimate and eliminating torture and possibly even mortality and unhappiness on earth. Only then can we begin to hold people accountable on some moral standard, where we all have the right to advanced technologies and happiness. You may consider me a meth head for wanting amphetamine, but one of my heroes, Ayn Rand, took amphetamine. Happiness should be a human right. And if you believe it isn't I encourage you to cower and dismiss this court case. I am not as anti communism as her, aside from all the atrocities committed by those types of societies. We are now becoming our enemies, and blaming communists for a questionable virus. People in various countries in power are using one another to further an agenda of hatred for humanity and this must be stopped with this court case, which everyone can behoove themselves to at least make two real drugs. I do not believe anyone will miss the hormone deprivation of for example statins, but in the interest of honesty every drug should remain real. These two are just the tip of the iceberg, with one being most likely adulterated using advanced technology by the government, hence the reason for such a lengthy plea. I would hope that anyone who objects to such an honest investigation which at heart does not have the intention of licensing more torture or mock observation of me at the very least should be held in contempt by their peers. The last point I will make is one that is the most outrageous here but proves the agenda Missouri had in torturing me.

The attorney general and senator, "Josh Hawley", is similar to "Josh Harley". In the CIA and military lingo a motorcycle will often be used to covertly symbolize that someone is leaving an area. Josh obviously entails that they are joshing something and W means home military. Joshing to leave with the military is basically what his name can be signified as. I would hope no one be held responsible in any negative way now with deciding the fate of humanity's drug supply which determines its ultimate fate who agrees with me. It is my hope that if they won't let Mr. Hawley publish a book on the dangers of high tech companies then perhaps he can endorse this lawsuit at least covertly, if only to make sure that my own abuse ends.  If nothing comes out of this case I would selfishly request a photographic memory for medical school as this technology is easily wirelessly accomplished and I currently could use that as well as the military/CIA to stop teleporting my testosterone and watching me with questionable intentions. If you want to know how sick the individuals that tortured me are, they made me so dizzy to give me a seizure in Alcoholics Anonymous which my mother made me attend because after two margaritas I passed out throwing up and ended up in the hospital. I usually can drink much more than that and did not have a drinking problem but they mind controlled my mother to do that just like everything else. I also want to say that I have injected a whole syringe full of humalin insulin from multiple locations across California and Missouri as I used to use insulin for purposes of gaining muscle when I was able to workout just 90 minutes a week with chronic fatigue (which has been worse before and after that) to receive no effects from the insulin whatsoever. This either tells me that all insulin is fake or they are teleporting the active molecule out of the vial as occurs with the testosterone. It is my hope that you as a judge are not apathetic to my case as apathy is the cause of all of the people of the world taking advantage of us by faking these drugs and condoning the violation of human rights. I would say I almost hate the apathetic people more than the evil ones, but now virtually everyone is apathetic even if their apathy towards the rest of humanity is bought.

Let me give one last example of how embarrassed and gun shy people are too torture me at this point. The army will tingle parts of my body to signal if I need more torture or not and the CIA operator will follow the commands of the army intelligence to exert the maximal amount of permission for pain that the CIA

operator/handler/torturer would not otherwise normally commit, thereby permitting them to perform each torture action because the army computer or controller willed it. These tingling fingers and body parts represent a computerized communication system that I have verified the presence of in two army soldiers as well.

It is my belief the US government is hiding behind computers and inadvertently shows racism in their hiring as majority of intelligence professionals are not African Americans for. I believe if simply more African Americans were in control in the US government that they would be better capable of respecting people and have more ability to speak out than the endless supply of trash that is currently in the government ensuring we are all taking fake drugs. So far I have about twenty five tattoos which I got which are things like a Jewish star and "Martin Luther King" to try to avoid torture. I have attended thirteen colleges since age 18 due to being near constantly tortured with at least fatigue and dizziness. This has improved enough to attend medical school but I am acting under compulsion to sue because they for example don't let me study when they want me to file a lawsuit. The Navy Inspector General has rerouted my phone calls. The Army Inspector General dropped my investigation or rather said there was nothing they wanted to do about the fact that they denied me a waiver for not passing the duck walk when I was told at various examination centers I called that there is indeed a waiver called a "3P" for it. The US Air Force has strung me around telling me I would attend MEPS again and then telling me they decided they didn't want me. I have like I said in total applied 16 times to try to avoid torture. I am sure I have the world record for most wireless electrocution, most wireless aspyhixiation, and longest time spent extremely dizzy while tortured, along with most miles walked out of anxious wireless compulsion while being tortured remotely. I would also request that any military personnel added to my case in addition to the existing ones be African Americans so they can appreciate what it means for the white man to enslave another man their entire life and brutally torture them for world records I am told and believe. I would also request if there is one to have an African American judge as all of the white ones appear to be bought. If I am stuck with a Caucasian judge I hope they can prove me wrong. I am also Caucasian. In the last several days they have made me tired during class and

given me teeth pain the dentist said needs a root canal. I am hoping that this trend does not continue as a result of filing this lawsuit as I already dropped out of medical school last semester due to my mother locking me in an insane asylum for 21 days based on made up threats her and a person that runs nuthouses stated against me who I do not even know that I wanted to kill people in the government. That would solve nothing. I have attended two medical schools now. The first one did a background check on me and the court had left the case open of assault against my ex girlfriend's Muslim dad. He openly professed his hatred for Donald Trump, America, and said he would shoot me if I stepped foot in his house again for no reason despite paying his daughter's bills during the time we were together from proceeds from a lady crashing her car into mine, causing an external break of my leg. The school then decided to kick me out, probably for this as I did not disturb anyone. I called the courthouse and they said that it was their error that the case was reopened, even though I won that case and the assault charged was drop, thousands of dollars later. He was the one who attacked me for no reason. So inadvertently the government reopened that case just in the computer system after it was closed since 2017 as I had just passed a background check prior with that case not being open then. I would ask that if you cannot take any of my case seriously as far as torture, unfair military denial, etc., that you at least take the case of these two fake drugs seriously. They also make me depressed nearly all the time, often too depressed, tired, or I am just made unable to study because they torture me if I do. This point can already be proven by me having attended 12-13 colleges due to how much I had to drop out due to fatigue. I had to take my pre medical classes four times each due to chronic fatigue and dizziness they were giving me over many years. There are more fake drugs out there as proven by nuclear magnetic resonance testing I did but these two are the only ones I care about or care to list. It should be noted that the last lawsuit I had versus the US ARMY and CIA had my mail tampered with. They rejected a motion from the drug company to dismiss the lawsuit, elevated my lawsuit to federal court, and then broke into my mail to the capital of California and took out my motion to contest the dismissal by the court because the judge was undercover most likely since he gave no reason for ultimately dismissing it. They barely gave me any time to file the motion to contest the dismissal, maybe less than a week, and when I did the capital sent me back a letter saying that my mail to them containing that motion to contest the dismissal

by the probably US ARMY and CIA was an empty envelope. I also attempted to sue 3-5 years ago but had my blood pressure dropped to the floor and the credit card machines disabled so I could not file the lawsuit in Missouri last time in St. Louis County. Overall, the control fetish of the government is sick and resembles and intentional famine or landlord massacre as seen in China to intentionally massacre millions of people through disease through fake drugs. It is my opinion that the next drug they want to fake for everyone is testosterone so they can massively sterilize the population as sperm cells remain in testosterone users so there are demoing it in me. My personal opinion for whatever it is worth, in the least important statement of this paper is that these men of government were spoiled in nepotism in how they obtained power and corrupted everyone else by enforced silence. Furthermore, the lack of testosterone in the masses disabled them from speaking out and standing up for what is right or satisfying their wives properly so they want instead to inflict destructive control on the population. They no longer experience authentic human self esteem, pleasure, or pride for anything other than evil and coercion, and therefore are planning to use me to fake the testosterone prescriptions of everyone else in the future if nothing is done. It is my observation that the testosterone for everyone is not being faked as I have several friends using it successfully, though my testosterone, insulin, and amphetamine is receiving adulteration of the active ingredient. Furthermore, it is my opinion that the United States and China are leading the effort to fake diseases through radio waves to control and silence the employees of government through mass compliance with evil and threats of jeopardizing their employment or security or family security through such widespread adoption of disease production amongst the population. If we do nothing, the female sex hormones could also be faked like other drugs if some somewhere are not already. Though I did not get to test the anti estrogen drug I was prescribed for use with testosterone (which converts to estrogen), exemestane and letrozole were prescribed to me and filled at Barnes Jewish Hospital in St. Louis and at the Wolfrum Rd Walgreens in St. Charles, MO. The exemestane is 25mg and the letrozole is 2.5mg per pill. If you took multiple pills, let alone most likely one pill of pharmaceutical grade anti estrogens like these a male estrogen level would crash to nothing, causing the joints to hurt very dramatically. I took a lot of pills of both and felt absolutely nothing, unlike before when I used them to control the amount of estrogen induced water retention and other effects in my body. I used

them approximately 5-12 years ago the entire time and am very familiar with these anti estrogens. Most men had to cut the pills in quarters or halves to use them without dropping their estrogen precipitously low. These drugs are also drugs commonly used for breast cancer and the side effects mentioned above are found in women on them. Letrozole has a long half life in particularly as does the aromatase inhibitor exemestane (at least when destroying the enzyme) and would definitely in the past cause side effects. I can definitively say that America is faking cancer drugs, specifically these at the very least. I also ordered drugs from Alibaba.com from China in addition to DIHEXA. When these drugs arrived, they were fake and possibly contained something to make them make my tongue numb which definitely should not happen with what did that from experience with powder of it before from China. The drugs were less than 6 months to a year later missing from my house. I am also missing a collection of real old pharmaceuticals from my house and items in my house have often become missing or have been rearranged over the past six to seven years. My storage unit I believe was also broken into. The real pharmaceuticals I once had are all missing from years ago. My mother moved all my stuff out of my apartment one day because she thought I was not going to pay my rent like five to six years ago. I had these prescriptions in my pill cabinets that she moved and they were moved houses and now are missing along with other items that were directly put in the house I moved into such as the Chinese drugs. I even ordered selective androgen receptor modulators and T3 thyroid hormone from research chemical sites like RUI products which when arrived in liquid form as ostarine and another time T3 had zero reaction in my body. I am very familiar with these drugs as well. I did not test these drugs unlike the other drugs aforementioned I am suing for. It is therefore my hypothesis that someone is teleporting the active ingredient out of these liquid drugs, insulin, testosterone, ostarine, and T3. The pill T3 and T4 heat generating thyroid hormone pills which normally would make one sweat from the pharmacy also have zero effect even when taking the whole bottle and these have been from various pharmacies. I have ordered prescription testosterone from nearly 10 brands across 15 different pharmacies including mail order ones and all gotten fake testosterone from them. I have ordered it from places where my uncle whose skin turns red due to elevated red blood cell count from the testosterone gets his testosterone which is good and it was fake for me. The testosterone heats up your body, gives one erections I otherwise don't have much

of, dramatically increases strength and at larger doses water retention in the body and this does absolutely nothing. I have many years of experience with all of these drugs including insulin and taking 100 units of long acting insulin would at the very least make someone extremely hungry or put them in a brief coma or kill them. The insulin I filled at pharmacies in California and Missouri did absolutely nothing. I was also given fake venereal disease in the form of burning eyes and urine for many years straight about 9 to 5 years ago. I tested negative for bacteria and the STDs multiple times and despite taking antibiotics these symptoms were still wirelessly simulated in me among other symptoms.

In summary, I am seeking $100,000 in damages, or an $80,000 pre advance from the US ARMY to join their AMED medical program where I finish my medical degree at my own college but receive the normal $80,000 sign on bonus to pay for my medical school now as opposed to four years from now when I graduate in addition to good injectable testosterone and amphetamine tablets that pass my tests of strength accuracy that I can obtain from these companies or other companies.

January 20, 2021                          Clayton Silva

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20 DAY

OF January , 20 21 .

MY COMMISSION EXPIRES:

12 20 2024                  _Kelly L. Fisher_

NOTARY PUBLIC

Kelly L. Lamar
Notary Public Notary Seal
State of Missouri
St Charles County
My Commission Expires 12/05/2024
Commission # 10845178